| CO. HRR | FILE 025400 | DEPT. 017078 | CLOCK 0F | VCHR. NO. 0000110204 | 1 |

**Holy Redeemer**
HEALTHCARE. HOMECARE. LIFECARE.

HOLY REDEEMER  HEALTH  SYSTEM
12265  TOWNSEND  RD
PHILADELPHIA,    PA  19154

# Earnings  Statement

**ADP**

Period Beginning:      02/23/2025
Period Ending:         03/08/2025
Pay Date:              03/13/2025

Filing Status: Single/Married  filing separately
Exemptions/Allowances:
  Federal: Standard  Withholding  Table,$25  Extra
         Withholding

**TABITHA   YANCEY**
**6424  OXFORD  AVENUE**
**PHILADELPHIA  PA  19111-5354**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 80.00 | 2,500.00 | | 13,500.00 |
| Holiday | | | | 500.00 |
| Pto | | | | 1,000.00 |
| **Gross Pay** | | | **$2,500.00** | 15,000.00 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -226.49 | 1,358.94 |
| | Social Security Tax | -151.00 | 906.00 |
| | Medicare Tax | -35.32 | 211.89 |
| | PA State Income Tax | -74.68 | 448.08 |
| | Philadelphia Income Tax | -93.86 | 563.16 |
| | PA SUI Tax | -1.75 | 10.50 |
| | **Other** | | |
| | Den Fidelio Pa | -5.00* | 30.00 |
| | Local Serv Tax | -2.00 | 12.00 |
| | Med Ibc Ks Pa | -62.50* | 375.00 |
| | Short Term Dis | -60.54 | 363.24 |
| | 403B | -100.00* | 600.00 |
| | **Net Pay** | **$1,686.86** | |
| | Checking 1 | -1,392.86 | 8,357.19 |
| | Savings 1 | -244.00 | 1,464.00 |
| | Savings 2 | -50.00 | 300.00 |
| | **Net Check** | **$0.00** | |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$2,332.50

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Elig Earns | 2,500.00 | 15,000.00 |
| Ext Sick | 38.32 | |
| Group Term Life | 2.98 | 17.88 |
| Pension Elig Hr | 80.00 | 480.00 |
| Pto | 27.05 | |
| Holiday Time | | -32.00 |
| Pto Time | | -88.00 |
| Regular Rate | | 31.2500 |

**Important Notes**
YOUR EMPLOYEE  ID NUMBER  CAN BE FOUND  ON THE BACK
OF YOUR BADGE  OR ON YOUR MYADP  PROFILE  PAGE.

© 2000 ADP, Inc.

**Holy Redeemer**
HEALTHCARE. HOMECARE. LIFECARE.

HOLY REDEEMER  HEALTH  SYSTEM
12265  TOWNSEND  RD
PHILADELPHIA ,  PA  19154

Advice number:       00000110204
Pay date:            03/13/2025

**THIS IS NOT A CHECK**

Deposited  to the account  of
**TABITHA   YANCEY**

| | account number | transit  ABA | amount |
|---|---|---|---|
| | | XXXX  XXXX | $1,392.86 |
| | | XXXX  XXXX | $244.00 |
| | | XXXX  XXXX | $50.00 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| HRR | 025400 | 017078 | 0F | 0000130200 | 1 |

## Earnings Statement

**ADP**

**Holy Redeemer**
HealthCare. HomeCare. LifeCare.

HOLY REDEEMER HEALTH SYSTEM
12265 TOWNSEND RD
PHILADELPHIA, PA 19154

Period Beginning: 03/09/2025
Period Ending: 03/22/2025
Pay Date: 03/27/2025

TABITHA YANCEY
6424 OXFORD AVENUE
PHILADELPHIA PA 19111-5354

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table,$25 Extra
Withholding

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 64.00 | 2,000.00 | | 15,500.00 |
| Pto | 16.00 | 500.00 | | 1,500.00 |
| Holiday | | | | 500.00 |
| **Gross Pay** | | **$2,500.00** | | 17,500.00 |

Your federal taxable wages this period are
$2,332.50

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Elig Earns | 2,500.00 | 17,500.00 |
| Ext Sick | 40.47 | |
| Group Term Life | 2.98 | 20.86 |
| Pension Elig Hr | 80.00 | 560.00 |
| Pto | 17.52 | |
| Holiday Time | | -32.00 |
| Pto Time | | -104.00 |
| Regular Rate | | 31.2500 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -226.49 | 1,585.43 |
| | Social Security Tax | -151.00 | 1,057.00 |
| | Medicare Tax | -35.31 | 247.20 |
| | PA State Income Tax | -74.68 | 522.76 |
| | Philadelphia Income Tax | -93.86 | 657.02 |
| | PA SUI Tax | -1.75 | 12.25 |
| | **Other** | | |
| | Den Fidelio Pa | -5.00* | 35.00 |
| | Local Serv Tax | -2.00 | 14.00 |
| | Med Ibc Ks Pa | -62.50* | 437.50 |
| | Short Term Dis | -60.54 | 423.78 |
| | 403B | -100.00* | 700.00 |
| | **Net Pay** | **$1,686.87** | |
| | Checking 1 | -1,392.87 | 9,750.06 |
| | Savings 1 | -244.00 | 1,708.00 |
| | Savings 2 | -50.00 | 350.00 |
| | **Net Check** | **$0.00** | |

### Important Notes
YOUR EMPLOYEE ID NUMBER CAN BE FOUND ON THE BACK
OF YOUR BADGE OR ON YOUR MYADP PROFILE PAGE.

**\* Excluded from federal taxable wages**

© 2000 ADP, Inc.

**Holy Redeemer**
HealthCare. HomeCare. LifeCare.

HOLY REDEEMER HEALTH SYSTEM
12265 TOWNSEND RD
PHILADELPHIA, PA 19154

Advice number: 00000130200
Pay date: 03/27/2025

THIS IS NOT A CHECK

Deposited to the account of
TABITHA YANCEY

| account number | transit ABA | amount |
|---|---|---|
| | xxxx xxxx | $1,392.87 |
| | xxxx xxxx | $244.00 |
| | xxxx xxxx | $50.00 |

**NON-NEGOTIABLE**



| CO. HRR | FILE 025400 | DEPT. 017078 | CLOCK 0F | VCHR. NO. 0000150199 | 1 |
|---|---|---|---|---|---|

**Earnings Statement**

**ADP®**

HOLY REDEEMER   HEALTH SYSTEM
12265 TOWNSEND   RD
PHILADELPHIA,   PA 19154

Period Beginning:     03/23/2025
Period Ending:        04/05/2025
Pay Date:             04/10/2025

Filing Status: Single/Married  filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table,$25 Extra
         Withholding

TABITHA   YANCEY
6424  OXFORD  AVENUE
PHILADELPHIA PA  19111-5354

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | 40.00 | 1,250.00 | 16,750.00 |
| Extended Sick | | 16.00 | 500.00 | |
| Pto | | 24.00 | 750.00 | 2,250.00 |
| Holiday | | | | 500.00 |
| **Gross Pay** | | | **$2,500.00** | 20,000.00 |

Your federal taxable wages this period are
$2,332.50

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Elig Earns | 2,000.00 | 19,500.00 |
| Ext Sick | 26.62 | |
| Group Term Life | 2.98 | 23.84 |
| Hol | 8.00 | |
| Pension Elig Hr | 64.00 | 624.00 |
| Holiday Time | | 8.00 |
| Ext Sick Time | | -16.00 |
| Holiday Time | | -32.00 |
| Pto Time | | -128.00 |
| Regular Rate | | 31.2500 |

| Deductions | Statutory | | year to date |
|---|---|---|---|
| | Federal Income Tax | -226.49 | 1,811.92 |
| | Social Security Tax | -151.00 | 1,208.00 |
| | Medicare Tax | -35.32 | 282.52 |
| | PA State Income Tax | -74.68 | 597.44 |
| | Philadelphia Income Tax | -93.86 | 750.88 |
| | PA SUI Tax | -1.75 | 14.00 |
| | **Other** | | |
| | Den Fidelio Pa | -5.00* | 40.00 |
| | Local Serv Tax | -2.00 | 16.00 |
| | Med Ibc Ks Pa | -62.50* | 500.00 |
| | Short Term Dis | -60.54 | 484.32 |
| | 403B | -100.00* | 800.00 |
| | **Net Pay** | **$1,686.86** | |
| | Checking 1 | -1,392.86 | 11,142.92 |
| | Savings 1 | -244.00 | 1,952.00 |
| | Savings 2 | -50.00 | 400.00 |
| | **Net Check** | **$0.00** | |

**Important Notes**
YOUR EMPLOYEE ID NUMBER CAN BE FOUND ON THE BACK
OF YOUR BADGE OR ON YOUR MYADP PROFILE PAGE.

* **Excluded from federal taxable wages**

© 2000 ADP, Inc.



HOLY REDEEMER  HEALTH SYSTEM
12265 TOWNSEND  RD
PHILADELPHIA,  PA 19154

Advice number:      00000150199
Pay date:           04/10/2025

Deposited  to the account of
TABITHA  YANCEY

| | account number | transit ABA | amount |
|---|---|---|---|
| | | XXXX  XXXX | $1,392.86 |
| | | XXXX  XXXX | $244.00 |
| | | XXXX  XXXX | $50.00 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**



| CO. HRR | FILE 025400 | DEPT. 017078 | CLOCK OF | VCHR. NO. 0000170201  1 |
|---|---|---|---|---|

## Earnings Statement

**ADP®**

HOLY REDEEMER  HEALTH  SYSTEM
12265  TOWNSEND  RD
PHILADELPHIA,  PA  19154

Period Beginning:     04/06/2025
Period Ending:        04/19/2025
Pay Date:             04/24/2025

Filing Status: Single/Married  filing separately
Exemptions/Allowances:
    Federal: Standard  Withholding  Table,$25  Extra
                 Withholding

TABITHA  YANCEY
6424  OXFORD  AVENUE
PHILADELPHIA  PA  19111-5354

### Earnings

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 64.00 | | 2,000.00 | 18,750.00 |
| Holiday | | 8.00 | 250.00 | 750.00 |
| Pto | | 8.00 | 250.00 | 2,500.00 |
| **Gross Pay** | | | **$2,500.00** | 22,500.00 |

Your federal taxable wages this period are
$2,332.50

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Elig Earns | 2,500.00 | 22,000.00 |
| Ext Sick | 28.77 | |
| Group Term Life | 2.98 | 26.82 |
| Pension Elig Hr | 80.00 | 704.00 |
| Pto | -1.55 | |
| Ext Sick Time | | -16.00 |
| Holiday Time | | -40.00 |
| Pto Time | | -136.00 |
| Regular Rate | | 31.2500 |

### Deductions

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -226.49 | 2,038.41 |
| | Social Security Tax | -151.00 | 1,359.00 |
| | Medicare Tax | -35.31 | 317.83 |
| | PA State Income Tax | -74.68 | 672.12 |
| | Philadelphia Income Tax | -93.86 | 844.74 |
| | PA SUI Tax | -1.75 | 15.75 |
| | **Other** | | |
| | Den Fidelio Pa | -5.00* | 45.00 |
| | Local Serv Tax | -2.00 | 18.00 |
| | Med Ibc Ks Pa | -62.50* | 562.50 |
| | Short Term Dis | -60.54 | 544.86 |
| | 403B | -100.00* | 900.00 |
| | **Net Pay** | **$1,686.87** | |
| | Checking 1 | -1,392.87 | 12,535.79 |
| | Savings 1 | -244.00 | 2,196.00 |
| | Savings 2 | -50.00 | 450.00 |
| | **Net Check** | **$0.00** | |

**Important Notes**
YOUR EMPLOYEE  ID NUMBER  CAN BE FOUND  ON THE BACK
OF YOUR BADGE  OR ON YOUR MYADP  PROFILE  PAGE.

\* **Excluded  from  federal  taxable  wages**

© 2000 ADP, Inc

HOLY REDEEMER  HEALTH  SYSTEM
12265  TOWNSEND  RD
PHILADELPHIA,  PA  19154

Advice number:      00000170201
Pay date:           04/24/2025

Deposited  to the account  of
TABITHA  YANCEY

| account number | transit  ABA | amount |
|---|---|---|
| | XXXX  XXXX | $1,392.87 |
| | XXXX  XXXX | $244.00 |
| | XXXX  XXXX | $50.00 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**