IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:    Tabitha S. Yancey | ) | Chapter 13 |
|                Debtor(s) | ) | |
| | ) | 25-11720-djb |
| | ) | |
| | ) | |

CERTIFICATE OF SERVICE PURSUANT TO LOCAL RULE 3015.1

    I, David M. Offen, Attorney for the above-named Debtor(s) hereby certify that a copy of the Debtor's Chapter 13 Plan has been served on all the creditors on the Attached Matrix via 1st Class Mail on May 12, 2025.

Dated:   May 12, 2025            /s/ David M. Offen
                                            David M. Offen, Esquire
                                            Attorney for Debtor(s)
                                            The Curtis Center
                                            601 Walnut Street, Suite 160 West
                                            Philadelphia, PA 19106
                                            215-625-9600
                                            info@offenlaw.com

Avant, LLC
P.O. Box 1429
Carol Stream, IL 60132

Avant/WebBank
222 North Lasalle Street
Suite 1600
Chicago, IL 60601

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Capital One
P.O. Box 71087
Charlotte, NC 28272-1087

CCS Payment Processing Center
PO Box 55126
Boston, MA 02205-5126

Citibank
Po Box 6217
Sioux Falls, SD 57117

Credit One Bank
Attn: Bankruptcy Department
6801 Cimarron Rd
Las Vegas, NV 89113

Credit One Bank
P.O. Box 60500
City of Industry, CA 91716-0500

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054

Discover Financial Services
P.O. Box 30923
Salt Lake City, UT 84130-0923


Fst Premier
3820 N Louise Ave
Sioux Falls, SD 57107


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


Jefferson Capital Systems, Llc
Attn: Bankruptcy
200 14th Ave E
Sartekk, MN 56377


Kafene, Inc
Attn: Bankruptcy
115 W 27th Street
New York, NY 10001


M & T Bank
Attn: Bankruptcy
Po Box 844
Buffalo, NY 14240


Mission Lane LLC
Attn: Bankruptcy
P.O. Box 105286
Atlanta, GA 30348


Mission Lane LLC
P.O. Box 71084
Charlotte, NC 28272-1084

```
Navy FCU
Attn: Bankruptcy
Po Box 3302
Merrifield, VA 22119



Navy FCU
Attn: Bankruptcy
Po Box 3000
Merrifield, VA 22119



Navy FCU
P.O. Box 3500
Merrifield, VA 22119-3500



NJ E-ZPass
PO Box 4971
Trenton, NJ 08650



Pennsylvania Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946



SN Servicing Corporation
PO Box 660820
Dallas, TX 75266-0820



Temple Health
PO Box 23295
New York, NY 10087-4295



WATER REVENUE BUREAU
Pamela Elchert Thurmond
Tax & Revenue Unit
1401 JFK Blvd, 5th Floor
Philadelphia, PA 19102-1595
```