IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------x
In re                                          :
                                                             :    Chapter 13
    TABITHA S. YANCEY                :
                                                             :
                                                             :    Case No. 25-11720 (DJB)
                                     Debtor.    :
---------------------------------------------------------x

## **PRAECIPE TO WITHDRAW DOCUMENT**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the City of Philadelphia's Objection to the Proposed Chapter 13 Plan [Docket No. 21], which was filed on October 15, 2025.

                                                      Respectfully submitted,

                                                      THE CITY OF PHILADELPHIA

Dated: November 7, 2025                By: */s/ Pamela Elchert Thurmond*
                                                      PAMELA ELCHERT THURMOND
                                                        Senior Attorney
                                                        PA Attorney I.D. 202054
                                                       Attorney for the City of Philadelphia
                                                       City of Philadelphia Law Department
                                                       Municipal Services Building
                                                       1401 JFK Boulevard, 5th Floor
                                                       Philadelphia, PA  19102-1595
                                                       215-686-0508 (phone)
                                                       Email: Pamela.Thurmond@phila.gov