United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 25-11720-djb

Tabitha S. Yancey     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3

Date Rcvd: Jan 29, 2026     Form ID: 155     Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tabitha S. Yancey, 7203 Charles Street, Philadelphia, PA 19135-1003 |
| 15004224 | | Temple Health, PO Box 23295, New York, NY 10087-4295 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15019595 | | Email/Text: bnc@atlasacq.com | Jan 30 2026 00:37:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 15004201 | + | Email/Text: bk@avant.com | Jan 30 2026 00:37:00 | Avant, LLC, P.O. Box 1429, Carol Stream, IL 60132-1429 |
| 15004202 | + | Email/Text: bk@avant.com | Jan 30 2026 00:37:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 15004205 | | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 30 2026 00:37:00 | CCS Payment Processing Center, PO Box 55126, Boston, MA 02205-5126 |
| 15004225 | | Email/Text: megan.harper@phila.gov | Jan 30 2026 00:37:00 | WATER REVENUE BUREAU, Pamela Elchert Thurmond, Tax & Revenue Unit, 1401 JFK Blvd, 5th Floor, Philadelphia, PA 19102-1595 |
| 15059231 | | Email/Text: megan.harper@phila.gov | Jan 30 2026 00:37:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 191021595 |
| 15064838 | | Email/Text: megan.harper@phila.gov | Jan 30 2026 00:37:00 | City of Philadelphia Law Department, Tax Litigation and Collections Unit, 1401 John F. Kennedy Blvd., 5th floor, Philadelphia, PA 19102 |
| 15004203 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 30 2026 00:42:13 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15004204 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 30 2026 00:42:36 | Capital One, P.O. Box 71087, Charlotte, NC 28272-1087 |
| 15004206 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2026 00:55:59 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15004207 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 30 2026 00:42:27 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15004208 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 30 2026 00:42:27 | Credit One Bank, P.O. Box 60500, City of Industry, CA 91716-0500 |
| 15007029 | | Email/Text: mrdiscen@discover.com | Jan 30 2026 00:37:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |

| District/off: 0313-2 | User: admin | | Page 2 of 3 |
|---|---|---|---|
| Date Rcvd: Jan 29, 2026 | Form ID: 155 | | Total Noticed: 41 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15004209 | + | Email/Text: mrdiscen@discover.com | Jan 30 2026 00:37:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15004210 | | Email/Text: mrdiscen@discover.com | Jan 30 2026 00:37:00 | Discover Financial Services, P.O. Box 30923, Salt Lake City, UT 84130-0923 |
| 15004211 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 30 2026 00:42:37 | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15004212 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 30 2026 00:37:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15025270 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 30 2026 00:37:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud MN 56302-9617 |
| 15004213 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 30 2026 00:37:00 | Jefferson Capital Systems, Llc, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 15007164 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 30 2026 00:55:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15006657 | ^ | MEBN | Jan 30 2026 00:35:32 | Lakeview Loan Servicing LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15024593 | ^ | MEBN | Jan 30 2026 00:35:24 | Lakeview Loan Servicing LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15004215 | | Email/Text: camanagement@mtb.com | Jan 30 2026 00:37:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 15004216 | | Email/Text: ml-ebn@missionlane.com | Jan 30 2026 00:37:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 15004217 | | Email/Text: ml-ebn@missionlane.com | Jan 30 2026 00:37:00 | Mission Lane LLC, P.O. Box 71084, Charlotte, NC 28272-1084 |
| 15023843 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 30 2026 00:37:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15004221 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jan 30 2026 00:37:00 | NJ E-ZPass, PO Box 4971, Trenton, NJ 08650 |
| 15008674 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jan 30 2026 00:37:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 15004220 | | Email/Text: ext_ebn_inbox@navyfederal.org | Jan 30 2026 00:37:00 | Navy FCU, P.O. Box 3500, Merrifield, VA 22119-3500 |
| 15004219 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jan 30 2026 00:37:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 15004218 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jan 30 2026 00:37:00 | Navy FCU, Attn: Bankruptcy, Po Box 3302, Merrifield, VA 22119-3302 |
| 15021637 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jan 30 2026 00:37:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 15021663 | | Email/Text: ext_ebn_inbox@navyfederal.org | Jan 30 2026 00:37:00 | Navy Federal Credit Union Attn Bankruptcy, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 15004222 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 30 2026 00:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15025269 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 30 2026 00:37:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, PO BOX 7999, SAINT CLOUD, MN 56302-7999 |
| 15006259 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 30 2026 00:55:45 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15004223 | ^ | MEBN | Jan 30 2026 00:35:44 | SN Servicing Corporation, PO Box 660820, Dallas, TX 75266-0820 |

Case 25-11720-djb   Doc 36   Filed 01/31/26   Entered 02/01/26 00:36:05   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 29, 2026 | Form ID: 155 | Total Noticed: 41 |

| 15015882 | ^ MEBN | | | |
|---|---|---|---|---|
| | | | Jan 30 2026 00:35:35 | SN Servicing Corporation, c/o Lauren M. Moyer, Esq, Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 15016209 | ^ MEBN | | | |
| | | | Jan 30 2026 00:35:22 | U.S. Bank Trust National Association et. al, c/o SN Servicing Corporation, 323 Fifth Street,, Eureka, CA 95501-0305 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15006253 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15004214 | ##+ | Kafene, Inc, Attn: Bankruptcy, 115 W 27th Street, New York, NY 10001-6217 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 31, 2026            Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Tabitha S. Yancey ecfmail@offenlaw.com;offendr83598@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| LAUREN MOYER | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of FW-BKPL Series I Trust bkecf@friedmanvartolo.com |
| MATTHEW K. FISSEL | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: )<br>   Tabitha S. Yancey )<br>)<br>)<br>Debtor(s). )<br>)<br>) | Case No. 25−11720−djb<br><br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: January 29, 2026                                                                                          For The Court

                                                                                                                                  Derek J Baker
                                                                                                                                  Judge, United States Bankruptcy Court