United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 25-11720-djb

Tabitha S. Yancey                                                                         Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 18, 2026 | Form ID: pdf900 | Total Noticed: 8 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tabitha S. Yancey, 7203 Charles Street, Philadelphia, PA 19135-1003 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 19 2026 01:38:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 19 2026 01:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: bnc@atlasacq.com | Mar 19 2026 01:38:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | | Email/Text: megan.harper@phila.gov | Mar 19 2026 01:38:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Tax Litigation & Collections Unit, Philadelphia, PA 19102-1595, UNITED STATES |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 19 2026 01:43:53 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 19 2026 01:43:48 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, UNITED STATES 29603-0587 |
| cr | ^ | MEBN | Mar 19 2026 01:32:02 | SN Servicing Corporation as servicer for U.S. Bank, c/o Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530, UNITED STATES 11530-1631 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0313-2                          User: admin                                    Page 2 of 2

Date Rcvd: Mar 18, 2026                       Form ID: pdf900                                Total Noticed: 8

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2026 at the address(es) listed below:**

**Name**      **Email Address**

DAVID M. OFFEN

on behalf of Debtor Tabitha S. Yancey ecfmail@offenlaw.com;offendr83598@notify.bestcase.com

KENNETH E. WEST

on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST

ecfemails@ph13trustee.com  philaecf@gmail.com

LAUREN MOYER

on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of FW-BKPL Series I Trust bkecf@friedmanvartolo.com

MATTHEW K. FISSEL

on behalf of Creditor LAKEVIEW LOAN SERVICING LLC  bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

PAMELA ELCHERT THURMOND

on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    Tabitha S. Yancey
                        Debtor

SN Servicing Corporation as Servicer
for U.S. Bank Trust National
Association, as Trustee of FW-BKPL
Series I Trust
v.

Tabitha S. Yancey
Kenneth E. West
                        Respondents

CASE NO.: 25-11720-djb

CHAPTER 13

Judge: Derek J. Baker

## ORDER APPROVING SETTLEMENT STIPULATION

AND NOW, this _____ day of _____, 20_____, it is hereby

ORDERED and DECREED that the Settlement Stipulation resolving Creditor, U.S. Bank Trust

National Association, as Trustee of FW-BKPL Series I Trust 's Motion for Relief from Automatic

Stay is hereby APPROVED.

BY THE COURT:

**Date: March 18, 2026**

_____
Derek J. Baker, Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   Tabitha S. Yancey
                Debtor

SN Servicing Corporation as Servicer
for U.S. Bank Trust National
Association, as Trustee of FW-BKPL
Series I Trust
v.

Tabitha S. Yancey
Kenneth E. West
            Respondents

CASE NO.: 25-11720-djb

CHAPTER 13

Judge: Derek J. Baker

## SETTLEMENT STIPULATION

WHEREAS, on May 1, 2025, Tabitha S. Yancey (the "Debtor") filed a Petition under Chapter 13 of the Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of Pennsylvania;

WHEREAS, on February 13, 2026, U.S. Bank Trust National Association, as Trustee of FW-BKPL Series I Trust (the "Movant") filed a Motion for Relief from the Automatic Stay pursuant to 11 U.S.C. Section 362(a) (the "Motion") regarding the Property located at 7203 Charles Street, Philadelphia, PA 19135 (the "Property");

WHEREAS, Movant and Debtor are desirous of settling the dispute among and between themselves;

NOW THEREFORE, each in consideration of the promises of the other and intending to be legally bound, subject to the approval of the Bankruptcy Court, it is hereby agreed by and among counsel for Movant, by and through its attorneys, Friedman Vartolo, LLP, and Debtor, by and through his/her counsel, David M. Offen, Esquire, as follows:

1.      The parties hereby certify that the post-petition arrearage is $5,575.43, consisting

of the following:

| | |
|---|---|
| Post-Petition Payments: | $3,999.45 – 01/01/2026 through 03/01/2026 at $1,333.15 per month |
| Attorney Fees: | $1,350.00 |
| Filing Costs: | $199.00 |
| Late Charges: | $206.55 |
| NSF Fees: | $10.00 |
| Suspense Balance: | ($189.57) |
| **Total Post-Petition Arrears:** | **$5,575.43** |

2.      Within twenty (20) days of the approval of this Stipulation, Debtor shall file an

Amended Plan providing for the post-petition arrears of $5,575.43 as set forth in Paragraph 1.

3.      Upon the filing of the Amended Plan, Creditor shall file an Amended Claim

providing for the post-petition arrears of $5,575.43 as set forth in Paragraph 1.

4.      Commencing on April 1, 2026, Debtor shall resume making regular monthly post-

petition mortgage payments in the amount of $1,333.15.

5.      Should Debtor fail to comply with any of the terms of this Stipulation, including

but not limited to failure to make the above described payments, or any regular monthly mortgage

payment commencing after the cure of the post-petition arrearage, then Movant may send Debtor

and counsel for Debtor a written notice of default of this Stipulation.  If the default is not cured

within ten (10) days of the date of said notice, counsel for Movant may file a Certification of

Default with the Court.  Said Certification of Default may include a certification of Debtor's failure

to pay subsequent payments that fall due after the date of the notice of default.  Upon Certification,

the Court shall enter an Order granting relief from the automatic stay as to the Property.

6.      In the event that Debtor converts his/her case to Chapter 11, the terms of this

Stipulation shall remain in full force and effect.  In the event that Debtor converts his/her case to

Chapter 7, Debtor shall cure all pre-petition and post-petition arrears within ten (10) days of the

date of conversion.  Failure to cure the arrears shall constitute an event of default under this Stipulation and Movant may send a notice of default and certify default as set forth in the preceding paragraph.

7.  The Debtor agrees that any Order granting relief from the automatic stay will include a waiver of Rule 4001(a)(4) and that Movant, its successors and/or assigns may act upon the Order immediately.

8.  If the instant bankruptcy is dismissed, this Stipulation shall be void and shall not be binding upon the parties.

9.  Attorney fees and costs for issuing a notice to cure, notice/certificate/affidavit of default, and order for relief are recoverable and may be added to the arrearage.

10.  The provisions of this Stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amount(s) not included in the instant Stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

11.  Counsel for Debtor has authority to settle this matter on behalf of his/her client(s).


Date:  03/13/2026               /s/ Lauren M. Moyer
                                Lauren M. Moyer, Esquire
                                Friedman Vartolo, LLP
                                1325 Franklin Avenue, Suite 160
                                Garden City, NY 11530
                                *Counsel for Creditor*


Date:  03/13/2026               /s/ David M. Offen
                                DAVID M. OFFEN
                                The Curtis Center
                                601 Walnut Street, Suite 160 West
                                Philadelphia, PA 19106
                                *Counsel for Debtor*

No Objection – Without Prejudice to Any Trustee Rights or Remedies

Date:  3/16/26

/s/ Kenneth E. West

Kenneth E. West
*Chapter 13 Trustee*