IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE:                    :    CHAPTER 13
                          :
Tabitha S. Yancey         :    No.  25-11720-djb
      Debtor              :


CERTIFICATE OF SERVICE


I, the undersigned, hereby certify that a true and exact copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Modified Plan
- Notice of Motion to Modify Plan
- Proposed Order
- Motion to Modify Plan

I certify under penalty of perjury that the above document(s) were sent using the mode of service indicated.


Dated: June 22, 2026          /s/ David M. Offen
                              David M. Offen
                              Attorney for Debtor(s)
                              The Curtis Center
                              601 Walnut Street, Suite 160 West
                              Philadelphia, PA 19106
                              215-625-9600
                              info@offenlaw.com

Mailing List Exhibit: (Check all that apply.  If via e-mail, include e-mail address.  Continue to the next page if necessary.)

Office of the United States Trustee
USTPRegion03.PH.ECF@usdoj.gov
US Trustee via CM/ECF

Kenneth E. West, Chapter 13 Standing Trustee
ecfemails@ph13trustee.com
philaecf@gmail.com
Trustee via CM/ECF

MATTHEW K. FISSEL
bkgroup@kmllawgroup.com
matthew.fissel@brockandscott.com
Attorney for Creditor LAKEVIEW LOAN SERVICING LLC via CM/ECF

LAUREN MOYER
bkecf@friedmanvartolo.com
Attorney for Creditor SN Servicing Corporation as servicer for
U.S. Bank Trust National Association, as Trustee of FW-BKPL
Series I Trust via CM/ECF

PAMELA ELCHERT THURMOND
pamela.thurmond@phila.gov
Attorney for Creditor CITY OF PHILADELPHIA via CM/ECF

Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587
askbk@resurgent.com
Creditor via e-mail

Discover Bank
PO Box 3025
New Albany, OH 43054-3025
mrdiscpc@discover.com
Creditor via e-mail

New Jersey Turnpike Authority
Ramon de la Cruz, NJ Turnpike Authority
1 Turnpike Plaza
P.O Box 5042
Woodbridge, NJ 07095
akrum@njta.com
Creditor via e-mail

Navy Federal Credit Union
Attn Bankruptcy
P.O. Box 3000
Merrifield, VA 22119-3000
bankruptcyspecialist@navyfederal.org
Creditor via e-mail

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090
bankruptcydm@mcmcg.com
Creditor via e-mail

Jefferson Capital Systems LLC
PO Box 7999
St. Cloud MN 56302-9617
Bankruptcy@JCAP.com
Creditor via e-mail

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101
john.f.lindinger@irs.gov
Creditor via e-mail

City of Philadelphia Law Department
Tax Litigation and Collections Unit
1401 John F. Kennedy Blvd., 5th floor
Philadelphia, PA 19102
Megan.Harper@phila.gov
Creditor via e-mail

Pennsylvania Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946
Creditor via 1st Class Mail