IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE:              :    CHAPTER 13
                    :
Tabitha S. Yancey   :    No.  25-11720-djb
      Debtor        :


ORDER GRANTING MOTION TO MODIFY PLAN


AND NOW, upon consideration of the Debtor's Motion to Modify the confirmed Chapter 13 Plan (doc. #48, the "Motion");

It is hereby Ordered that

  1)   The Motion is Granted; and

  2)   The Modified Plan (doc. #57) is Approved.


Date: _____            _____
                                 HONORABLE DEREK J. BAKER
                                 UNITED STATES BANKRUPTCY JUDGE