IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE:                    :    CHAPTER 13
                          :
Tabitha S. Yancey         :    No.  25-11720-djb
      Debtor              :


ORDER GRANTING MOTION TO MODIFY PLAN


AND NOW, upon consideration of the Debtor's Motion to Modify

the confirmed Chapter 13 Plan (doc. #48, the "Motion");

It is hereby Ordered that

1)    The Motion is Granted; and

2)    The Modified Plan (doc. #57) is Approved.


Date: **July 23, 2026**
_____
HONORABLE DEREK J. BAKER
UNITED STATES BANKRUPTCY JUDGE