United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                               Case No. 25-11720-djb

Tabitha S. Yancey                                                                         Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                              User: admin                                              Page 1 of 2

Date Rcvd: Jul 23, 2026                       Form ID: pdf900                                      Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2026:**

**Recip ID                    Recipient Name and Address**
db                      +   Tabitha S. Yancey, 7203 Charles Street, Philadelphia, PA 19135-1003

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2026                           Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2026 at the address(es) listed below:**

**Name                          Email Address**

DAVID M. OFFEN
          on behalf of Debtor Tabitha S. Yancey ecfmail@offenlaw.com;offendr83598@notify.bestcase.com

KENNETH E. WEST
          on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
          ecfemails@ph13trustee.com  philaecf@gmail.com

LAUREN MOYER
          on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of FW-BKPL Series I Trust bkecf@friedmanvartolo.com

MATTHEW K. FISSEL
          on behalf of Creditor LAKEVIEW LOAN SERVICING LLC  bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

PAMELA ELCHERT THURMOND
          on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

District/off: 0313-2                           User: admin                                    Page 2 of 2
Date Rcvd: Jul 23, 2026                        Form ID: pdf900                                Total Noticed: 1

United States Trustee

              USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE:                    :    CHAPTER 13
                          :
Tabitha S. Yancey         :    No.  25-11720-djb
       Debtor             :


ORDER GRANTING MOTION TO MODIFY PLAN


AND NOW, upon consideration of the Debtor's Motion to Modify

the confirmed Chapter 13 Plan (doc. #48, the "Motion");

It is hereby Ordered that

        1)    The Motion is Granted; and

        2)    The Modified Plan (doc. #57) is Approved.


Date: **July 23, 2026**

HONORABLE DEREK J. BAKER
UNITED STATES BANKRUPTCY JUDGE