***UNITED STATES BANKRUPTCY COURT***
***EASTERN DISTRICT OF PENNSYLVANIA***

In Re: Tabitha S. Yancey
Debtor(s)

Case No: 25−11720−djb
Chapter: 13

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

....

To the Debtor, Debtor's Counsel,
and any party in interest:

NOTICE is hereby given that a Hearing to Show Cause
why Debtor's Counsel's fee should not be adjusted
pursuant to Local Rules 2016−3(a)(4)(A)(B)
and/or Local Rule 2016−3(b)(2)(A)(B)

will be held before the Honorable Derek J. Baker,
United States Bankruptcy Court.

....

Certificate of Non−Compliance with Local Rule 2016−
3
For Failure to Timely File a Fee Application
has been filed by Trustee KENNETH E. WEST.

******

Participants can attend this hearing
either in−person at the courthouse
OR by video conference on ZoomGov.com
with JOIN Meeting ID # 161 0657 4791.

******

will be held before the Honorable Derek J Baker ,United States Bankruptcy Court

on: 10/22/26

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Mohung Wong
Clerk of Court

Dated: August 24, 2026

68
Form 175