**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| | : | |
| **Tabitha S. Yancey** | : | **No. 25-11720-DJB** |
| **Debtor** | : | |

**ORDER APPROVING COUNSEL FEES**

**AND NOW, upon consideration of the attached Supplemental Application for Approval of Counsel Fees submitted by David M. Offen, Attorney for the Debtor, and upon notice and certification of no objection it is hereby ORDERED that:**

**Supplemental Counsel fees in the amount of $1,300.00 is allowed and shall be paid by the Chapter 13 Trustee to the extent there are funds available and consistent with the terms of the Modified Plan.**

**September 24, 2026**

**DATED**

**HONORABLE DEREK J. BAKER**
**UNITED STATES BANKRUPTCY JUDGE**